UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INDUSTRIAL VENTILATION, INC., an Idaho Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CINCINNATI INSURANCE COMPANY; KNIGHT SPECIALTY INSURANCE COMPANY; NATIONAL FIRE & MARINE INSURANCE COMPANY; NAVIGATORS INSURANCE COMPANY; OLD REPUBLIC INSURANCE COMPANY; SCOTTSDALE INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　Defendants | NO:  2:21-CV-0289-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 13).  The parties agree that this case may be dismissed with prejudice and without

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

costs to any party.  The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 18, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2